IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD W. LINK,
    Petitioner,

vs.                                 Case No.  3:10cv12/LAC/EMT

KENNETH S. TUCKER,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 6, 2012 (doc. 22).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

    3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 3rd day of May, 2012.

                                                     s/*L.A. Collier*
                                                     **LACEY A. COLLIER**
                                                     **SENIOR UNITED STATES DISTRICT JUDGE**